```
USDC S___
DOCUM___
ELECTRONICALLY FILED
DOC #
DATE F___ 3/23/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IN RE SEPTEMBER 11TH LITIGATION

21 MC 97 (AKH)
*This Document relates to:*
*All Cases*

-----------------------------------------------------------X

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

*IT IS HEREBY STIPULATED AND AGREED*, by and between the undersigned attorneys of record for the respective parties hereto that defendants UAL CORPORATION and UNITED AIR LINES, INC. are hereby dismissed without prejudice and without costs to either party as against the other in the following individual actions consolidated in the In re September 11th Litigation (21 MC 97):

### FLIGHT 11

| # | Case | Docket |
|---|------|--------|
| 1. | Booms v. American Airlines | 02-CV-8918 |
| 2. | Cahill v. AMR Corp. | 04-CV-7291 |
| 3. | Filipov v. American Airlines | 03-CV-7076 |
| 4. | Holland v. American Airlines | 02-CV-8916 |
| 5. | Keating v. American Airlines | 02-CV-7156 |
| 6. | LeBlanc v. American Airlines | 02-CV-7155 |
| 7. | Lemack v. American Airlines | 03-CV-6803 |
| 8. | Low v. U.S. Airways | 03-CV-7040 |
| 9. | Miller v. American Airlines | 02-CV-3676 |
| 10. | Mladenik v. AMR Corp. | 03-CV-7022 |

11. Ogonowski v. American Airlines   03-CV-7070

12. Ong v. AMR Corp.   02-CV-7289

13. Sweeney v. American Airlines   03-CV-7071

14. Wahlstrom v. American Airlines   02-CV-7144

Plaintiffs specifically reserve the right to recommence these actions if the statements in the affidavit of Mark Hussey submitted on behalf of UAL CORPORATION and UNITED AIR LINES, INC. are proven untrue.

Dated: New York, New York
March 20, 2007

_____
Marc S. Moller, Esq.
KREINDLER & KREINDLER, LLP
100 Park Avenue
New York, New York 10017
(212) 687-8181

Wrongful Death/Personal Injury
Liaison Counsel

_____
Jeffery J. Ellis, Esq.
QUIRK AND BAKALOR, P.C.
845 Third Avenue – 15th Floor
New York, New York 10022
(212) 319-1000

- and -

Michael Rowe Feagley
MAYER, BROWN, ROWE & MAW
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600

Attorneys for Defendants
UNITED AIR LINES, INC. and
UAL CORPORATION

SO ORDERED: 3-23-07

_____

2