USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/6/07

HELLERISTEIN, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

IN RE SEPTEMBER 11 LITIGATION

------------------------------------- x

21 MC 97  (AKH)
21 MC 101 (AKH)
This document relates to:
All Cases

IN RE SEPTEMBER 11 PROPERTY DAMAGE
AND BUSINESS LOSS LITIGATION

------------------------------------- x

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

WHEREAS, defendant AirTran Airways, Inc. ("AirTran") represents that on

September 11, 2001,

1.  it did not utilize or operate out of any gates which required passengers to pass
    through (a) the Terminal B Main or Middle checkpoints or Terminal C
    checkpoint at Boston Logan International Airport or (b) the checkpoint at the
    Portland International Jetport;

2.  it did not provide or participate or share in providing security or contracting for
    the provision of security at or in connection with (a) the Terminal B Main or
    Middle checkpoints or Terminal C checkpoint at Boston Logan International
    Airport, (b) the checkpoint at the Portland International Jetport, or (c) American
    Airlines Flight 11, United Airlines Flight 175 or Colgan Air Flight 5930; and

3.  there are no other remaining claims or cross-claims pending against it, in any
    court, arising out of, relating to or resulting from American Airlines Flight 11 or
    United Airlines Flight 175 on September 11, 2001;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

attorneys of record for the respective parties hereto that the Cross-Claims by the Cross-

Claim Plaintiff The Port Authority of New York and New Jersey (PANYNJ), contained in

the Amended Flight 11 Master Liability Complaint and 175 Master Liability Complaint,

against defendant AirTran, are hereby dismissed without prejudice and without costs to

683121

either party as against the other.

PANYNJ reserves the right to recommence their Cross-Claims if PANYNJ learns

facts which suggest that any representation recited in the first paragraph above is untrue.

AirTran agrees that any such reinstatement of the Cross-Claims will relate back to the date

of the original filing and that it will not assert a statute of limitations defense to the refiled

claims.

Dated: May ___, 2007   JUNE 5,
      New York, New York

_____
James F. Rittinger, Esq. (JR-0556)
SATTERLEE STEPHENS BURKE &
BURKE LLP
230 Park Avenue
New York, New York 10169
(212) 818-9200

Attorneys for Defendant

AirTran Airways, Inc.

_____
Keith Harris, Esq. (KH-3162)

225 Park Avenue South, 13th Floor
New York, New York 10003
(212) 412-9500

Attorneys for Port Authority of New
York and New Jersey


    SO ORDERED.

Dated:  New York, New York
      May ___, 2007
      6/6/07

_____
Alvin K. Hellerstein
United States District Judge


2