# CONDON & FORSYTH LLP

NEW YORK
LOS ANGELES

Direct Dial: (212) 894-6770
Direct Fax: (212) 894-6771
dbarry@condonlaw.com

2007

September 25, 2007

**BY HAND**

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10001

10/29/07

Re:  In re September 11 Litigation, 21 MC 97
     In re September 11 Property Damage and Business
     Loss Litigation, 21 MC 101
     *Lemack v. American Airlines, Inc., et al.*, 03 Civ. 6803 (AKH)
     C & F Ref: DTB/CRC/28079

Dear Judge Hellerstein:

I write in my capacity as counsel for American Airlines, Inc. and AMR Corporation and on behalf of counsel for Globe Aviation Services Corporation.

Enclosed please find, for filing under seal, the unredacted settlement documents relating to *Lemack v. American Airlines, Inc., et al.*, 03 Civ. 6803 (AKH). As Your Honor is aware, redacted versions of the Confidential Stipulation of Settlement and Confidential Release are attached to the declaration submitted in support of the defendants' motion we served and filed today for an Order: (1) approving the settlement; (2) entering Final Judgment pursuant to rule 54(b) of the Federal Rules of Civil Procedure; (3) ruling that the liability limitation contained in Section 408(a)(1) of the Air Transportation Safety and System Stabilization Act applies to the settlement amount; and (4) dismissing the Complaint with prejudice as to all defendants.

We respectfully request that you direct that the enclosed documents be accepted for filing under seal by endorsing this letter as set forth below, confirming that the parties' interest in preserving the confidentiality of the terms of their settlement agreements outweighs any public interest in knowing the amounts of each settlement.

If Your Honor has any questions, please do not hesitate to contact me.

7 TIMES SQUARE, NEW YORK, NEW YORK 10036   TELEPHONE 212.490.9100   FACSIMILE 212.370.4453

CONDON & FORSYTH LLP

Honorable Alvin K. Hellerstein
September 25, 2007
Page 2

Respectfully submitted,

*[signature]*

Desmond T. Barry, Jr.

THE CLERK OF THE COURT IS DIRECTED
TO FILE THE ATTACHED DOCUMENTS UNDER SEAL.

SO ORDERED: 10-26-07

*[signature]*

Hon. Alvin K. Hellerstein, U.S.D.J.

Enclosures

cc:     Via Email
        Marc S. Moller, Esq. (w/out encl.)
        Kreindler & Kreindler

        Robert A. Clifford, Esq. (w/o encl.)
        Clifford Law Offices, P.C.

        Richard A. Williamson, Esq. (w/o encl.)
        Flemming Zulack Williamson Zauderer LLP

        Beth Jacob, Esq. (w/o encl.)
        Schiff Hardin & Waite

        Beth Goldman, Esq. (w/o encl.)
        U.S. Attorneys' Office

        Mary F. Schiavo, Esq. (w/o encl.)
        Counsel for Plaintiffs Danielle & Carie Lemack

        Aviation Defendants' Counsel (w/o encl.)